IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TELVENT DTN, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:11CV370** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **RICHARD CAPE, and SHAWN VOSLER,** | ) | **ORDER** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on Plaintiff's Unopposed Motion to Extend Time to Amend Pleadings and/or Add Parties (filing 42). The motion will be granted.

**IT IS ORDERED:**

1. Plaintiff's Unopposed Motion to Extend Time to Amend Pleadings and/or Add Parties (filing 42) is granted.

2. Any motion by Plaintiff to amend pleadings and/or add parties shall be filed not later than November 6, 2012. Any such motion by Defendants shall be filed not later than December 6, 2012.

3. Given the extensions granted in this order, the planning conference presently scheduled for September 24, 2012, is cancelled. The planning conference will now be held on December 27, 2012, at 9:30 a.m. Plaintiff's counsel shall initiate the call to the Court.

**DATED August 2, 2012.**

                                                    BY THE COURT:

                                                    S/ F.A. Gossett
                                                    United States Magistrate Judge