# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TELVENT DTN, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV370 |
| | ) | |
| V. | ) | |
| | ) | |
| **RICHARD CAPE, and SHAWN VOSLER,** | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Unopposed Motion to Extend Time to Amend Pleadings and/or Add Parties (filing 47).  The motion will be granted.

**IT IS ORDERED:**

1. Plaintiff's Unopposed Motion to Extend Time to Amend Pleadings and/or Add Parties (filing 47) is granted.

2. Any motion by Plaintiff to amend pleadings and/or add parties shall be filed not later than February 8, 2013.  Any such motion by Defendants shall be filed not later than March 8, 2013.

3. Given the extensions granted in this order, the planning conference presently scheduled for December 27, 2012, is cancelled.  The planning conference will now be held on March 4, 2013, at 9:30 a.m..  Plaintiff's counsel shall initiate the call to the Court.

**DATED November 6, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**